# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-1268
_____

K.W. SR., Father of K.W. and
K.W. Jr., Minor Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Coleman Lee Robinson, Judge.

August 8, 2019

PER CURIAM.

    AFFIRMED.

LEWIS, OSTERHAUS, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

James W. Crawford of Northwest Florida Legal Services, Inc., Pensacola and David J. Joffe of Joffe Law, P.A., Fort Lauderdale, for Appellant.

Sarah J. Rumph, Appellate Counsel, Children's Legal Services, Department of Children and Families, Tallahassee, for Appellee; Thomasina Moore, Statewide Director of Appeals, Guardian ad Litem Program, and Sara E. Goldfarb, Appellate Counsel, Guardian ad Litem Program, Tallahassee.